## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **INDICTMENT** |
|  | : | **CRIMINAL NO. 3:19-CR-** 59 (CAR) |
|  | : |  |
| **v.** | : | **VIOLATION(S):** |
|  | : |  |
| **DAVID ZAVALA a.k.a "TORO,"** | : | **21 U.S.C. § 846 i/c/w** |
| **JAMES ANDREW YOUNG, a.k.a.** | : | **21 U.S.C. § 841(a)(1)** |
| **"DREW," AND** | : | **21 U.S.C. § 841 (b)(1)(A)(viii)** |
| **RICKY KEITH YOUNG, a.k.a. "RICKY** | : | **21 U.S.C. § 841(b)(1)(B)(viii)** |
| **BOBBY,"** | : | **21 U.S.C. § 841 (b)(1)(D)** |
|  | : | **18 U.S.C. § 2** |
| **Defendants** | : |  |

THE GRAND JURY CHARGES:

## COUNT ONE
### (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
### METHAMPHETAMINE AND MARIJUANA)

From on or about January 1, 2015, and continuing to on or about December 31, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

### DAVID ZAVALA a.k.a. "TORO,"
### JAMES ANDREW YOUNG a.k.a. "DREW," AND
### RICKY KEITH YOUNG a.k.a. "RICKY BOBBY,"

defendants herein, knowingly and intentionally conspired with each other and with other persons, to wit: Jonathan Jason Powell, Russell Huckaba, Bruce Hicks, Peggy Bentley, Jose Peter Arguelles a.k.a. "Chief," not indicted herein, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, in an amount over five (500) grams; and a Schedule I controlled substance, to-wit: marijuana, all in violation of Title 21, United

States Code, Section 846 in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and (b)(1)(D).

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about May 5, 2016, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

### DAVID ZAVALA a.k.a. "TORO,"

defendant herein, aided and abetted by other persons to-wit: Jonathan Jason Powell and Karen Myers, not indicted herein, and by others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, in an amount over fifty (50) grams, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT THREE
### (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about May 30, 2016, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

### DAVID ZAVALA a.k.a. "TORO,"

defendant herein, aided and abetted by other persons known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute of a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine, in an amount over fifty (50) grams, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT FOUR
## (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

That on or about July 25, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

### DAVID ZAVALA a.k.a. "TORO,"

defendant herein, aided and abetted by other persons, to-wit: Russell Huckaba, Jose Peter Arguelles a.k.a. "Chief," not indicted herein, and by others known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute of a Schedule II controlled substance, to-wit: methamphetamine, in an amount over fifty (50) grams, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this  13  day of November, AD 2019.

Deputy Clerk