**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **DAVID ZAVALA,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | **Criminal No. 3:19-cr-59-CAR-CHW-1** |
| | : | **Civil No.: 3:26-cv-49-CAR-CHW** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Proceedings Under 28 U.S.C. § 2255** |
| **Respondent.** | : | **Before the U.S. Magistrate Judge** |
| _____ | : | |

## **ORDER**

Movant David Zavala has filed a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255, but his motion did not use the standard form. (Doc. 167). The Court therefore entered an order directing Movant to recast using the standard form. (Doc. 168). The Court's order directing Movant to recast explained that "if the Movant fails to recast the motion, the pending motion will be construed as a § 2255 motion and Movant will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in the original motion." (Doc. 168). Instead of recasting as directed, Movant has filed a motion to supplement his original motion with a list enumerating additional grounds (Doc. 170). He has also filed an objection to the order to recast, alternatively requesting an extension of time to do so. (Doc. 169).

Movant's motion for extension of time (Doc. 169) is **GRANTED**, and Movant is **ORDERED** to file a recast motion on the proper form on or before July 6, 2026. The Clerk

1

of Court is **DIRECTED** to provide Movant with another copy of the required § 2255 form

petition. Movant's motion to supplement (Doc. 170) is **DISMISSED** as moot, as Movant's

recast petition shall include all claims Movant seeks to raise in this action in a single filing.

Based upon this extension, the Government's response is due September 8, 2026.

**SO ORDERED**, this 3rd day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge